United States District Court
Middle District of Florida
Jacksonville Division

**BRIDGET WILLIAMS,**

***Plaintiff,***

**v.** **NO. 3:26-cv-574-MMH-PDB**

**RESEARCH TRIANGLE INSTITUTE,**

***Defendant.***

---

## Order

By **October 6, 2026**, the plaintiff must take three actions. First, she must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. Second, the plaintiff must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan Street, Room 9-150, Jacksonville, FL 32202), the completed forms and a copy of the second amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process. Third, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

To properly effectuate service, the plaintiff must serve the defendant's registered agent. When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant in care of ("c/o") "an officer, a managing or general agent, or any other agent authorized by appointment or

by law to receive service of process." *See* Fed. R. Civ. P. 4(h)(1)(B) (quoted). A company's registered agent can usually be determined from a state website.

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve on the defendant the completed summons, a copy of the second amended complaint, and this order by **November 13, 2026**.

If the plaintiff fails to timely comply with this order, the undersigned may recommend dismissal, which would operate as a dismissal with prejudice if the statute of limitations has run on her claims.

The plaintiff is reminded that she must comply with the Local Rules, including Local Rule 1.08, which establishes typography requirements, including double-spacing, specific typefaces, and, generally, a 13-point font. The Local Rules are available on the court's website, www.flmd.uscourts.gov/sites/flmd/files/flmd-amended-local-rules-effective-november-01-2025.pdf.

**Ordered** in Jacksonville, Florida, on September 21, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

Attachments:
AO 440 form
USM-285 form

Copy to:
Bridget Williams
P.O. Box 812
Washington, LA 70589